PMC/ah: USAO# 2014R00233

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * Criminal No. DEPUTY JFM-15-0197 |
| v. | * |
| | * (Theft of Government Property, |
| BRIAN EDWARD MOLLES | * 18 U.S.C. § 641) |
| | * |
| Defendant. | * |
| | * |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

In or about March 2013, in the District of Maryland, the defendant,

**BRIAN EDWARD MOLLES,**

willfully and knowingly did steal and purloin money, and knowingly convert to his use and the use of another, any money or thing of value of the United States, and of any department or agency thereof, of a value in excess of $1,000.

18 U.S.C. § 641

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

4/16/15
Date

1